# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOE GILBERT and MELISSA GILBERT, Individually and on Behalf of Those Similarly Situated, <br><br>Plaintiffs, <br><br>v. <br><br>THE PROCTER & GAMBLE COMPANY, <br><br>Defendant. | Case No. 1:12-cv-40 <br><br>Judge Timothy S. Black |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay (Doc. 8). The Court has reviewed the papers filed by the parties and after duly considering the facts and authorities before the Court, the Joint Motion is hereby **GRANTED**.

This case is **STAYED** pending the ruling on the Section 1407 motion for transfer of this case by the Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

Date: 4/11/12

Timothy S. Black
United States District Judge