UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOE GILBERT and MELISSA GILBERT, Individually and on Behalf of Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Civil Action No. 1:12-cv-40<br>Judge Timothy S. Black |

## BRIEFING SCHEDULE FOR THE PENDING MOTION TO DISMISS (DOC. 4)

In accordance with the Court's Minute Entry dated June 22, 2012 and the parties' stipulation, the parties shall brief the pending Motion to Dismiss (Doc. 4) pursuant to the following schedule:

1. On July 12, 2012, Plaintiffs served a First Request for Production of Documents Directed to Defendants ("Plaintiffs' Document Request");

2. Defendants agree to respond and produce documents responsive to Plaintiffs' Document Request by August 13, 2012;

3. Plaintiffs will conduct any additional written discovery and take any depositions related to Defendant's Motion by September 10, 2012;

4. Plaintiffs will file their Memorandum in Opposition to Defendant's Motion on or before September 24, 2012; and

5.      Defendant will file its Reply Memorandum in further support of Defendant's Motion on or before October 8, 2012.

**IT IS SO ORDERED.**

Date: 7/31/12

*Timothy S. Black*
Timothy S. Black
United States District Judge