UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOE GILBERT and MELISSA GILBERT, Individually and on Behalf of Those Similarly Situated, | : : : : | Civil Action No. 1:12-cv-40 (TSB) (Judge Timothy S. Black) |
| Plaintiffs, | : : | |
| vs. | : : : | |
| THE PROCTER & GAMBLE COMPANY, | : : : | |
| Defendant. | : : | |

## AGREED STIPULATION STAYING DISCOVERY

Based upon settlement discussions taking place, Plaintiffs Joe Gilbert and Melissa Gilbert and Defendant The Procter & Gamble Company jointly stipulate and agree that the Briefing Schedule entered by the Court on July 31, 2012 should be stayed for a period of 30 days.

Dated: September 19, 2012

_____Timothy S. Black_____
Honorable Timothy S. Black
United States District Court

1

HAVE SEEN AND AGREE:

Richard S. Wayne (Ohio Bar No. 0022390)
Thomas P. Glass (Ohio Bar No. 0062382)
Joseph J. Braun (Ohio Bar No. 0069757)
STRAUSS TROY
150 East Fourth Street
Cincinnati, OH  45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: *rswayne@strausstroy.com*
E-mail: *tpglass@strausstroy.com*
E-mail: *jjbraun@strausstroy.com*
*Attorneys for Plaintiffs and the Class*


Hugh R. Whiting (Ohio Bar No. 0015067)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
E-mail: *hrwhiting@jonesday.com*
*Attorney for Defendant The Procter & Gamble Company*